EUGENE L. DOMINICK, as Administrator with the Will Annexed of the Estate of JACOB STERN, Deceased, Appellant, *v.* IDA B. STERN, Respondent.

*Dominick* v. *Stern*, 157 App. Div. 944, affirmed.
(Argued December 3, 1914; decided December 18, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 14, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover insurance moneys purchased with premiums expended by the deceased in his lifetime in excess of $500 annually, as provided by section 52 of the Domestic Relations Law.

*Frank C. Brendel* for appellant.

*Alfred L. Becker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.